JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL REYNOLDS ASSOCIATES, INC., <br><br> Plaintiff, <br><br> v. <br><br> GO MAPS, INC. dba GO MOBILE INSURANCE AGENCY, <br><br> Defendant. | Case No. CV 23-1892-GW-Ex <br><br> District Judge George H. Wu <br> Magistrate Judge Charles F. Eick <br><br> **ORDER GRANTING DISMISSAL WITH PREJUDICE** <br><br> Trial Date: February 27, 2024 |

PURSUANT TO STIPULATION, IT IS SO ORDERED that the above-entitled action by plaintiff Russell Reynolds Associates, Inc. ("RRA") against defendant Go Maps, Inc. ("Go Maps") is hereby DISMISSED with prejudice pursuant to Fed.R.Civ.P. Rule 41(a)(1)(A)(ii) with the Court retaining jurisdiction to enforce the terms of the settlement agreement.  If any party certifies to the Court, with proper notice to the other party, that the payments have not been made and any default not cured, the Court may reopen the case to enforce the terms of the settlement agreement.

IT IS SO ORDERED.

Dated: November 3, 2023

_____
HON. GEORGE H. WU
United States District Judge