# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL REYNOLDS ASSOCIATES, INC., <br><br> Plaintiff, <br><br> v. <br><br> GO MAPS, INC. dba GO MOBILE INSURANCE AGENCY, <br><br> Defendant. | Case No. CV 23-1892-GW-Ex <br><br> District Judge George H. Wu <br> Magistrate Judge Charles F. Eick <br><br> **JUDGMENT AGAINST GO MAPS, INC.** <br><br> Date:       June 3, 2024 <br> Time:       8:30 a.m. <br> Courtroom   9D, 9th Floor |

On June 24, 2024, Plaintiff Russell Reynolds Associates, Inc. ("Plaintiff" or "RRA") motion for enforcement of settlement and entry of judgment against Defendant Go Maps, Inc. ("Go Maps") was heard before this Court.

After considering all papers and evidence presented, and after entertaining arguments of counsel, **IT IS HEREBY ORDERED AND ADJUDGED THAT:**

Judgment is entered in favor of Plaintiff Russell Reynolds Associates, Inc. and against Defendant Go Maps, Inc. in the amount of $192,366.96.

**IT IS SO ORDERED AND ADJUDGED.**

DATED: June 24, 2024

*[signature: George H. Wu]*

HON. GEORGE H. WU, <br> United States District Judge